IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARATHY S. AMANJEE, et al.,

    Plaintiffs,

v.

MICHAEL CHERTOFF, et al.,

    Defendants.
_____/

No. CIV S-08-0499 LEW DAD PS

<u>ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE</u>

        This action has been assigned to United States District Judge Ronald S.W. Lew and, pursuant to Local Rule 72-302(c)(21), has been referred to United States Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision. The parties are informed that the United States Magistrate Judge may also, if every party consents, conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed. A form for consenting to the jurisdiction of the assigned magistrate judge for all purposes is attached. Any party choosing to consent may complete and file a consent form. Each pro se party who chooses to consent should complete and file his or her own form. Neither the magistrate judge nor the district judge assigned to the case will be notified of the filing of a consent form, unless all parties to the action have filed consent forms.

/////

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday June 27, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. Rule 4(m) of the Federal Rules of Civil Procedure provides that an action may be dismissed as to any defendant if service of process is not effected on the defendant within 120 days after the complaint is filed. In order to enable the court to comply with the time limits specified in Rules 4(m) and 16(b), the court **strongly encourages the plaintiffs to complete service of process on all defendants within sixty days of the date of filing of the complaint**.

3. Concurrently with service of process, or as soon thereafter as possible, plaintiffs shall serve upon each of the defendants named in the complaint a copy of this order and shall file with the Clerk of the Court a certificate reflecting such service.

4. Each party is required to appear at the Status (Pretrial Scheduling) Conference by counsel or, if acting without counsel, on his or her own behalf. Any party may appear at the conference telephonically. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

5. Each party shall submit to the court, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

/////

   g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

   h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

   i. Whether the case is related to any other case, including matters in bankruptcy;

   j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

   k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

   l. Any other matters that may aid in the just and expeditious disposition of this action.

The pro se plaintiffs may file a single status report but each plaintiff must sign the status report.

  6. The Clerk of the Court shall send plaintiffs, along with this order, the appropriate number of copies of the form "Consent to Proceed Before United States Magistrate Judge." Plaintiffs shall serve defendants with a copy of this form.

DATED: March 6, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amanjee.ossc