IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARATHY S. AMANJEE, et al.,

      Plaintiffs,

    v.

MICHAEL CHERTOFF, et al.,

      Defendants.

_____/

No. CIV S-08-0499 JAM DAD PS

ORDER VACATING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

      By order filed March 7, 2008, this case was set for a Status (Pretrial Scheduling) Conference on June 27, 2008. Defendants subsequently filed a motion to dismiss and noticed it for hearing on the same date. It would be premature to hold a scheduling conference prior to final disposition of the pending motion by the assigned district judge. Accordingly, the scheduling conference will be vacated and may be re-set at a later time. The hearing on the motion to dismiss will proceed as scheduled.

      IT IS ORDERED that the Status (Pretrial Scheduling) Conference set for **Friday June 27, 2008 at 11:00 a.m.** is vacated, and status reports are not required at this time.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amanjee0499.ord.vacsc