| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARATHY S. AMANJEE, et al.,

      Plaintiffs,                    No. CIV S-08-0499 JAM DAD PS

    vs.

MICHAEL CHERTOFF, et al.,        <u>ORDER</u>

      Defendants.

_____/

        Plaintiffs, proceeding pro se, filed the above-entitled civil action seeking relief from the delay in adjudicating their applications for adjustment to permanent resident status. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 11, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Defendants filed timely objections to the findings and recommendations, and plaintiffs filed a timely reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2009, are adopted in full; and

2. Defendants' May 7, 2008 amended motion to dismiss for lack of jurisdiction (Doc. No. 8) is denied.

DATED: 3/13/2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/amanjee0499.jo