IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARATHY S. AMANJEE, et al.,

      Plaintiffs,               No. CIV S-08-0499 JAM DAD PS

     v.

MICHAEL CHERTOFF, et al.,

      Defendants.
                         /

**STATUS (PRETRIAL SCHEDULING) ORDER**

READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held on June 26, 2009, at 11:00 a.m.  Plaintiffs Sarathy S. Amanjee, Sucheta S. Amanjee, Kritika S. Amanjee and Nivedita S. Amanjee, who are proceeding pro se, appeared on their own behalf. Assistant United States Attorney Audrey Benison Hemesath appeared on behalf of all defendants.

After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

Service of process on all defendants has been completed. No further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609-10 (9th Cir. 1992).

**JURISDICTION/VENUE**

Jurisdiction over plaintiff's claims has been determined by the court to exist pursuant to 28 U.S.C. § 1361, 5 U.S.C. § 701, et seq. and 28 U.S.C. § 2201, et seq. Venue is not disputed and is hereby found to be proper.

**DISCOVERY AND MOTION HEARING SCHEDULES**

As discussed at the status conference, because this matter is susceptible to resolution on cross-motions for summary judgement, only the following dates need be scheduled by the court. The defendants will provide plaintiffs with the administrative record in this action on or before August 3, 2009. The parties shall file and serve cross-motions for summary judgment by September 3, 2009. The opposition briefs of all parties shall be filed and served by September 30, 2009. Any reply briefs shall be filed and served by October 9, 2009. The hearing on the cross motions for summary judgment will be held on October 16, 2009 at 10:00 a.m. in Courtroom No. 27 before the undersigned.

/////
/////
/////
/////
/////

1  There appear to be no other matters presently pending before the court that will
2  aid the just and expeditious disposition of this matter.
3       IT IS SO ORDERED.
4  DATED: August 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  Ddad1/orders.prose/amanjee0499.sched.ord