LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2729
Facsimile: (916) 554-2886

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARATHY S. AMANJEE, et al., | NO. 2: 08-cv-499 JAM DAD PS |
| Plaintiff, | **ORDER RE: EXTENSION OF TIME IN WHICH TO FILE MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| Michael Chertoff, Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing cross-motions for summary judgment is extended until December 3, 2009; opposition briefs until December 30, 2009, and reply briefs to January 8, 2010. The hearing date is reset to January 15, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/amanjee0499.stipord