IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARATHY S. AMANJEE, et al.,

      Plaintiffs,                               No. CIV S-08-0499 JAM DAD PS

      v.

MICHAEL CHERTOFF, et al.,          <u>ORDER</u>

      Defendants.

_____/

      Plaintiffs, who are proceeding pro se in this action, have filed a notice of voluntary dismissal. Plaintiffs explain that they have been informed by email that each of plaintiff's application for adjustment of status was adjudicated by the USCIS on September 3, 2009, as a result of which the reason for proceeding with this case no longer exists.

      The Federal Rules of Civil Procedure permit a plaintiff to dismiss an action without a court order by filing (1) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment or (2) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1). Defendants filed an answer to plaintiffs' complaint on May 23, 2009, and plaintiffs have not submitted a stipulation of dismissal signed by all parties who have appeared. Thus, the case may be dismissed at plaintiffs' request only by court order, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

The decision to grant a voluntary dismissal is addressed to the sound discretion of the court, and the court's order will not be reversed unless the court has abused its discretion. Hamilton v. Firestone Tire & Rubber Co., Inc., 679 F.2d 143, 145 (9th Cir. 1982).  The test is whether the defendants will suffer plain legal prejudice as a result of the dismissal.  Id.  Here, defendants have not objected to plaintiffs' notice of voluntary dismissal, and the record does not suggest that defendants will suffer any legal prejudice as a result of the requested dismissal.

Accordingly, IT IS ORDERED that:

1. Plaintiffs' October 1, 2009 request for voluntary dismissal of this case (Doc. No. 34) shall be honored pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. The briefing schedule issued by the undersigned on September 8, 2009 and the hearing set for January 15, 2010 before the undersigned are vacated.

3. This action is dismissed without prejudice, and the Clerk of the Court shall close the case.

DATED: October 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amanjee0499.voldism